# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 26, 2016

## NO. 03-15-00290-CR

**Rafael Hernandez-Prado, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the denial of a post-conviction application for writ of habeas corpus signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's denial of the writ application. Therefore, the Court affirms the district court's denial of appellant's post-conviction application for writ of habeas corpus. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.